## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PROJECT CITIZENSHIP INC.,

      Plaintiff,

    v.

DEPARTMENT OF HOMELAND
SECURITY, CHAD WOLF, in his official
capacity, KENNETH CUCCINELLI, in his
official capacity, AND UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES,

      Defendants.

Case No. 1:20-cv-11545-NMG

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Stay All Proceedings Related to Plaintiff's Motion for Preliminary Injunction it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the proceedings related to Plaintiff's Motion for Preliminary Injunction are **STAYED** pending Defendants' determination whether to appeal the Order Granting Plaintiffs' Motion for Preliminary Injunction and Request for Stay of Effective Date of Rule and Denying Request for Administrative Stay, *Immigrant Legal Resource Center v. Wolf*, 4:20-cv-5883-JSW (N.D. Cal., September 29, 2020) (ECF No. 98) ("Preliminary Injunction Order"); and it is further

**ORDERED** that within three business days of either Defendants' filing of a notice of appeal of the Preliminary Injunction Order or the expiration of Defendants' time to do so, the parties shall file a joint status report indicating whether the proceedings related to Plaintiff's Motion for Preliminary Injunction should continue to be stayed; and it is further

**ORDERED** that in the event that, following Defendants' filing of a notice of appeal of the Preliminary Injunction Order or the expiration of Defendants' time to do so, the parties determine that the proceedings related to Plaintiff's Motion for Preliminary Injunction should not be stayed

further, the parties agree that Defendants' shall have ten (10) days from such date to file any response to Plaintiff's Motion for Preliminary Injunction and Plaintiff shall have ten (10) days from the date any opposition is filed to file a reply brief in support of its Motion for Preliminary Injunction. The page limits previously allowed by the Court, ECF No. 16, shall apply to each filing. The Court shall schedule a hearing in this matter as soon as reasonably practicable following the completion of briefing.

Dated: _____ Oct. 6 _____, 2020

_____
NATHANIEL M. GORTON
United States District Judge

2