# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

PROJECT CITIZENSHIP INC.,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO N. MAYORKAS, in his official capacity, UR M. JADDOU, in her official capacity, AND UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

Case No. 1:20-cv-11545-NMG

## JOINT MOTION TO STAY ALL PROCEEDINGS

Pursuant to Federal Rule of Civil Procedure 7(b)(1), and this Court's May 14, 2021 Order, ECF No. 46, Plaintiff Project Citizenship, Inc. and Defendants Department of Homeland Security, Alejandro N. Mayorkas, in his official capacity, Ur M. Jaddou, in her official capacity, and United States Citizenship and Immigration Services ("USCIS") (collectively, the "parties"), by and through counsel, hereby request that the Court continue the stay of all proceedings in this case. In support of this motion, the parties state as follows:

1. As explained in the parties' February 5, 2021 and May 13, 2021 joint stay motions, ECF Nos. 40 & 45, Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021) (the "EO"), directed defendant the Secretary of Homeland Security to undertake a review of, among other things, the 2020 Final Rule at issue in this litigation, naturalization fees, and the fee waiver process. The Department of Homeland Security ("DHS") submitted a plan to the White House under Section 5(a) of the EO and under Section 3(b) of the EO.

2. DHS also is currently conducting a fee review. Any final rule resulting from that review would adjust USCIS fees and the USCIS fee waiver policy and, if advanced, could resolve this

*Joint motion allowed, in part, and denied, in part, (see amended proposed order).*

– 1 –

*NMGorton, USDJ 09/14/2021*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PROJECT CITIZENSHIP INC.,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO N. MAYORKAS, in his official capacity, UR M. JADDOU, in her official capacity, AND UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

Case No. 1:20-cv-11545-NMG

[~~PROPOSED~~] ORDER

Upon consideration of the parties' Joint Motion to Stay All Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that all proceedings in this case are **STAYED**; and it is further

**ORDERED** that the parties shall file a joint status report within 1) two weeks of Defendants either publishing in the Federal Register a notice of proposed rulemaking regarding a proposed new fee rule or advising Plaintiff that Defendants have determined not to propose a new fee rule, ~~indicating~~ or 2) on March 31, 2022, whichever is earlier, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Dated: Sept 14, 2021

_____
NATHANIEL M. GORTON
United States District Judge