IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PROJECT CITIZENSHIP INC.,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND
SECURITY, ALEJANDRO N. MAYORKAS,
in his official capacity, UR M. JADDOU,
in her official capacity, AND UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendants.

Case No. 1:20-cv-11545-NMG

### [~~PROPOSED~~] ORDER

Upon consideration of the parties' Joint Status Report and Motion to Stay All Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that all proceedings in this case are **STAYED**; and it is further

**ORDERED** that the parties shall file a joint status report 1) within two weeks of Defendants either publishing in the Federal Register a notice of proposed rulemaking regarding a proposed new fee rule or advising Plaintiff that Defendants have determined not to propose a new fee rule, or 2) on October 3, 2022, whichever is earlier, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Dated: _April 6_, 2022

_Nathaniel M. Gorton_
NATHANIEL M. GORTON
United States District Judge

1